UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TAMMY L. ROMERO** | **CIVIL ACTION NO. 13-2928** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF YOUNGSVILLE, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

For the reasons stated in this Court's Ruling and for the reasons contained in the Report and Recommendation of the Magistrate Judge, to the extent adopted, and after an independent review of the entire record and the written objections and responses filed herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment [Doc. No. 47] is **DENIED**.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 29] is **GRANTED IN PART and DEFERRED IN PART**. To the extent that Defendants move for summary judgment on Plaintiff's federal claims, the motion is **GRANTED**, and the federal claims are **DISMISSED WITH PREJUDICE**. To the extent that Defendants move for summary judgment on Plaintiff's state law claims, the Court DEFERS either ruling on the Motion for Summary Judgment as to those claims or declining to exercise supplemental jurisdiction over those claims until the pending motion to dismiss [Doc. No. 79] is fully resolved.

MONROE, LOUISIANA, this 16th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE