UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **TAMMY L. ROMERO** | **CIVIL ACTION NO. 13-02928** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF YOUNGSVILLE, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendations of the Magistrate Judge previously filed herein [Doc. Nos. 68 & 99], as well as the Court's previous Ruling [Doc. No. 84], and after an independent review of the record, including the objections, responses, and reply filed by the parties, and having determined that the findings and recommendations are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 79] filed by Defendants Officers Louis Berges, Grant Thorne, and Kelley Dauphine, each in his individual capacity and official capacity as a Police Officer for the City of Youngsville is GRANTED IN PART and DENIED IN PART. To the extent Defendants move for dismissal of Plaintiff Tammy L. Romero's ("Romero") claims under 42 U.S.C. § 1983, the motion is GRANTED, and those claims are DISMISSED WITH PREJUDICE. To the extent that Defendants move for dismissal of Romero's state law claims, the motion is DENIED.

**IT IS FURTHER ORDERED** that the portion of Defendants' Motion for Summary Judgment [Doc. No. 29] which remains pending before the Court and in which Defendants seek summary judgment on Romero's state law claims is hereby **DENIED**.

**IT IS FURTHERED ORDERED** that the Court declines to exercise supplemental jurisdiction over Romero's state law claims, and all remaining state law claims are REMANDED to the Fifteenth Judicial District Court.

**MONROE, LOUISIANA,** this 11th day of August, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE